# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00221-CR

**The State of Texas, Appellant**

**v.**

**Sotero Hector Ramirez, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
### NO. 46,965, THE HONORABLE BARBARA MOLINA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This State of Texas, which filed a notice of appeal from the trial court's order granting appellee Sotero Hector Ramirez's motion to suppress, has now filed a motion to dismiss its appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed on State's Motion

Filed: August 26, 2022

Do Not Publish